**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In The Matter Of:                    In Bankruptcy:

RYAN A. FODI                     Case No. 09-55632-SWR
                                           Chapter 7
                                           Hon. STEVEN W. RHODES

                   Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

     The attached check in the amount of $.61 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| Russell Collection Agency<br>G3285 Van Slyke Rd<br>PO Box 7009<br>Flint, MI 48507 | 2 | $.61 |

                                                            **Total: $.61**

                                           Respectfully Submitted,

                                           /s/ Gene R. Kohut
                                           21 Kercheval Avenue, Suite 285
                                           Grosse Pointe Farms, MI 48236
                                           Phone: (313) 886-9765
                                           E-mail: ecftrustee@gktrustee.com
Dated: 06/21/2011                         [P47413]